592

389 A.2d 206

Lewis, Appellant, v. Young et al.

Submitted September 20, 1977.  Joseph L. Foley, for appellant;  Anthony J. Damiano, and Bennett, Bricklin & Saltzburg, for appellee.

Judgment affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 206

Liken Lucky Lady v. Singer, Appellant.

Submitted November 23, 1977.  Howard R. Singer, appellant, in propria persona;  No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.